UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH A. THOMAS MD, LLC, a Connecticut limited liability company individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>    *v.*<br><br>BEST DOCTORS, INC., a Delaware Corporation,<br><br>    *Defendant.* | Case No. 1:18-cv-10957-DPW |

## BEST DOCTORS, INC.'S MOTION TO STAY PROCEEDINGS

Pursuant to Fed. R. Civ. P. 7 and Local Rule 7.1, defendant Best Doctors, Inc. ("**Best Doctors**") respectfully requests this Court to stay these proceedings pending the Federal Communication Commission's ("**FCC**") resolution of Best Doctors' Petition for Declaratory Ruling, filed at the Commission on December 14, 2018. In support of this motion, Best Doctors relies on its Memorandum of Law, which is incorporated herein by reference in its entirety.

WHEREFORE, defendant Best Doctors, Inc. respectfully requests this Court to stay these proceedings pending the FCC's resolution of Best Doctors' Petition for Declaratory Ruling and afford Best Doctors such other relief as this Court deems just and equitable.

Dated:  December 31, 2018  

Respectfully submitted,

BEST DOCTORS, INC.

By its attorneys,

*/s/ Emily H. Bryan*
David G. Thomas (BBO # 640854)
James Ponsetto (BBO # 556144)
Emily H. Bryan (BBO # 687935)
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA  02110
Tel:  (617) 310-6000
Fax:  (617) 310-6001
thoamsda@gtlaw.com
ponsettoj@gtlaw.com
bryane@gtlaw.com

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

Pursuant to LOC R. 7.1(A)(2), counsel for Best Doctors, Inc. and counsel for plaintiff Kenneth A. Thomas MD, LLC conferred in good faith by telephone and email on December 27 and 28, 2018 and have been unable to resolve or narrow the issues presented herein.

*/s/ Emily H. Bryan*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent all those non-registered participants on December 31, 2018.

*/s/ Emily H. Bryan*