UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| KENNETH A. THOMAS MD, LLC, a Connecticut limited liability company, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BEST DOCTORS, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 1:18-cv-10957-DPW |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY**

  Plaintiff Kenneth A. Thomas MD, LLC and Defendant Best Doctors, Inc. hereby notify the Court that the parties have reached an agreement in principle to settle the litigated claims in this case on a class-wide basis, subject to Court approval. The parties are presently drafting a written Settlement Agreement and related documents and engaging in confirmatory discovery. The parties will file the Settlement Agreement and related documents with the Court as part of a Motion for Preliminary Approval by August 30, 2019.

  Based on the foregoing, the parties respectfully request that all current deadlines be suspended pending the filing of the proposed Settlement Agreement. A proposed Order is attached.

Dated: August 7, 2019       Respectfully submitted,

                */s/ Jason R. Campbell*
                Jason R. Campbell
                250 First Avenue, Unit 602
                Charlestown, MA 02129

(617) 872-8652
jasonrcampbell@ymail.com

Avi R. Kaufman (*pro hac vice*)
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, Florida 33127
T: (305) 469-5881

Counsel for Plaintiff and all others similarly situated

*/s/ Gustavo Ribeiro*
David G. Thomas (BBO # 640854)
James P. Ponsetto (BBO #556144)
Gustavo Ribeiro (BBO # 698854)
GREENBERG TAURIG, LLP
One International Place
Boston, MA 02110
Tel:      (617) 310-6000
Fax:     (617) 310-6001
thomasda@gtlaw.com
ponsettoj@gtlaw.com
ribeirog@gtlaw.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 7, 2019 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*s/ Jason R. Campbell*