UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| KENNETH A. THOMAS MD, LLC, a Connecticut limited liability company, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BEST DOCTORS, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 1:18-cv-10957-DPW |

**ORDER STAYING CASE PENDING FINALIZATION AND
APPROVAL OF THE PARTIES' CLASS-WIDE SETTLEMENT AGREEMENT**

  This cause came before the Court pursuant to the Notice of Settlement filed on August 7, 2019. In the Notice of Settlement, Plaintiff advised the Court that the parties have reached an agreement in principle to settle the litigated claims in this action on a class-wide basis, subject to Court approval. And that the Parties are diligently working together to draft and finalize a written settlement agreement and to prepare a motion seeking preliminary approval from the Court of the class-wide settlement, which the parties will endeavor to file by August 30, 2019.

  Based on the foregoing, all further proceedings and all pending deadlines in this case are hereby stayed. The Parties shall have until August 30, 2019 to file the Motion for Preliminary Approval.

  SO ORDERED on August __15__, 2019.

             */s/ Douglas P. Woodlock*
             _____
             Hon. Douglas P. Woodlock
             United States District Court