UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH A. THOMAS MD, LLC, a Connecticut limited liability company, individually and on behalf of all others similarly situated,<br><br> *Plaintiff*,<br><br>v.<br><br>BEST DOCTORS, INC.,<br><br> *Defendant*. | Case No. 1:18-cv-10957-DPW |

**PLAINTIFF'S UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

  Plaintiff Kenneth A. Thomas MD, LLC and Defendant Best Doctors, Inc. have reached a class action settlement. As a result, Plaintiff, on behalf of itself and a class of similarly situated persons, with the consent of Defendant Best Doctors, respectfully requests the entry of an order granting preliminary approval of the class action settlement set forth in the Parties' Settlement Agreement, certifying a class for settlement purposes, and providing for issuance of Notice to the Settlement Class.[1]

  The Settlement Agreement makes $738,375.00 available to fund the settlement, which will also be used to pay the settlement costs. Under the Settlement Agreement, Individual Awards will automatically be issued to all Settlement Class Members who do not opt out of the Settlement

---

[1] The Settlement Agreement and its Exhibits are attached as Exhibit A to the Memorandum of Law corresponding to this Motion. All capitalized terms used herein have the same definitions as in the Agreement.

1

without the need for them to submit claim forms, and there is no reversion to Defendant of any unclaimed monies payable to Settlement Class Members.

Using the Class Data, Notice will be effectuated through postcards mailed directly to the 7,772 Class Members. Notice will also be effectuated through a website that will provide a long-form notice and post additional relevant information for Class Members, including copies of the pleadings and the Settlement Agreement.

The Defendant has also agreed not to send the Subject Facsimiles again without obtaining prior express invitation or permission of the recipients, and has made other assurances to conform to the Telephone Consumer Protection Act's requirements.

This motion seeks the entry of an order providing for, among other things:

1. Preliminary Approval of the Settlement;

2. Preliminary certification of the Class for purposes of the Settlement only and appointment of Plaintiff as Class Representative and Plaintiff's counsel as Class Counsel;

3. Approval of the Settlement Administrator;

4. Approval of the Notice Program describing:

    a. The Settlement and the Class Members' rights with respect to the Settlement;

    b. The proposed Release of claims;

    c. Class Counsel's request for attorney's fees and expenses and a Service Award for the Class Representative; and

    d. The procedure for opting-out of or objecting to the Settlement; and

5. The scheduling of a Final Approval Hearing to consider Final Approval of the Settlement.

For the reasons above and in the accompanying memorandum of law, the Motion for Preliminary Approval should be granted. A proposed Order for the Court's consideration is attached as Exhibit A.

                                                      Respectfully submitted,

Dated: August 30, 2019                  KENNETH A. THOMAS MD, LLC,

                                                      By its attorney:

                                                      */s/ Avi R. Kaufman*
                                                      Avi R. Kaufman (admitted *pro hac vice*)
                                                      kaufman@kaufmanpa.com
                                                      KAUFMAN P.A.
                                                      400 NW 26th Street
                                                      Miami, FL 33127
                                                      Telephone: (305) 469-5881

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2019 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Avi R. Kaufman*