UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH A. THOMAS MD, LLC, a Connecticut limited liability company, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>v.<br><br>BEST DOCTORS, INC.,<br><br>   *Defendant*. | Case No. 1:18-cv-10957-DPW |

## CLASS COUNSEL'S MOTION FOR CLASS COUNSEL EXPENSES

Pursuant to Federal Rule of Civil Procedure 23(h) and the Court's Order Conditionally Certifying Settlement Class, Authorizing Provision of Notice, and Scheduling Fairness Hearing (ECF No. 74), Class Counsel respectfully requests that the Court enter an order approving reimbursement of Class Counsel's out-of-pocket expenses of $3,695.91.

Class Counsel's motion is supported by the accompanying memorandum of law and the record in this action, including the motion for preliminary approval of the class action settlement. WHEREFORE, Class Counsel hereby respectfully requests that the Court approve the requested expenses at or after the fairness hearing. A proposed Order for the Court's consideration is attached as Exhibit 1.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 12, 2022 | */s/Avi R. Kaufman* |
|  | Avi R. Kaufman (admitted *pro hac vice*)<br>kaufman@kaufmanpa.com<br>KAUFMAN P.A.<br>237 South Dixie Highway, 4th Floor<br>Coral Gables, FL 33133 |

1

Telephone: (305) 469-5881

*Class Counsel*

## CERTIFICATE OF CONFERRAL

I hereby certify that I have conferred in good faith with opposing counsel on September 12, 2022, and is authorized to represent that Defendant's counsel does not oppose the requested relief.

/s/Avi R. Kaufman
Avi R. Kaufman (admitted *pro hac vice*)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on September 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/Avi R. Kaufman
Avi R. Kaufman (admitted *pro hac vice*)